PHILLIP F. SHINN, SBN 112051
THORNTON, TAYLOR,, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA 94111
(415) 421-8890

ATTORNEYS FOR PLAINTIFF
ASPECT COMMUNICATIONS CORP.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVAYA BRASIL, LTDA., LUCENT ) <br> TECHNOLOGIES BRASIL LTDA. and ) <br> DOES 1 through 35, Inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **Case No.: CV 04-03172 PVT** <br><br> [~~Proposed~~] Order <br><br><br><br><br> Complaint Filed: August 4, 2004 |

On June 28, 2005, Plaintiff ASPECT COMMUNICATIONS CORP. submitted its Request for an Order Extending and Rescheduling: 1. the Deadline to Participate in the Alternative Dispute Resolution Process; 2. the Deadline for Initial Disclosure; and 3. the Initial Case Management Conference to the above-entitled court, the Honorable Patricia V. Trumbull presiding. Based upon the request, and the files and records of this court, and good cause appearing therefor, IT IS ORDERED:

ASPECT's request for an extension and rescheduling of: 1. the deadline to Participate in the Alternative Dispute Resolution Process, 2. the deadline for Initial Disclosure, and 3. the Initial Case Management Conference is GRANTED. Further, it is ordered that:

1) The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is extended from 6/28/2005 to 1/10/06 ;

1

Case No.: CV 04-03172 PVT [Proposed] Order

2)    The last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is extended from 6/28/2005 to 1/10/06;

3)    The last day to complete initial disclosures or state objection in Rule 26 (f) Report, file/serve Case Management Statement, and file/serve Rule 26 (f) Report is postponed from 7/05/2005 to 1/17/06; and

4)    Case Management Conference is rescheduled from 7/12/2005 to 1/24/06.

Date: July 5, 2005

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Thornton, Taylor, Becker & Shinn
731 Sansome Street, Suite 300
San Francisco, CA 94111
(415) 421-8890 - Facsimile (415) 421-0688

Case No.: CV 04-03172 PVT        [Proposed] Order

2