PHILLIP F. SHINN, SBN 112051
THORNTON, TAYLOR,, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA 94111
(415) 421-8890

ATTORNEYS FOR PLAINTIFF
ASPECT COMMUNICATIONS CORP.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> v. <br><br> AVAYA BRASIL, LTDA., LUCENT TECHNOLOGIES BRASIL LTDA. and DOES 1 through 35, Inclusive, <br><br> Defendants. | Case No.: CV 04-03172 PVT <br><br> [Proposed] Order <br><br><br><br> Complaint Filed: August 4, 2004 |

On June 28, 2005, Plaintiff ASPECT COMMUNICATIONS CORP. submitted its Request for an Order Extending and Rescheduling: 1. the Deadline to Participate in the Alternative Dispute Resolution Process; 2. the Deadline for Initial Disclosure; and 3. the Initial Case Management Conference to the above-entitled court, the Honorable Patricia V. Trumbull presiding. Based upon the request, and the files and records of this court, and good cause appearing therefor, IT IS ORDERED:

ASPECT's request for an extension and rescheduling of: 1. the deadline to Participate in the Alternative Dispute Resolution Process, 2. the deadline for Initial Disclosure, and 3. the Initial Case Management Conference is GRANTED. Further, it is ordered that:

1) The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is extended from 1/10/06 to _____;

1

Case No.: CV 04-03172 PVT                                                                                      [Proposed] Order

2) The last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is extended from 1/10/06 to 7/10/07;

3) The last day to complete initial disclosures or state objection in Rule 26 (f) Report, file/serve Case Management Statement, and file/serve Rule 26 (f) Report is postponed from 1/17/06 to 7/17/07; and

4) Case Management Conference is rescheduled from 1/24/06 to 7/24/07

Date: 1/23/06

*Patricia V. Trumbull*

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2

Case No.: CV 04-03172 PVT                                                      [Proposed] Order