PHILLIP F. SHINN, SBN 112051
ANN J. LEE, SBN 236501
THORNTON, TAYLOR, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA 94111
(415) 421-8890

ATTORNEYS FOR PLAINTIFF
ASPECT COMMUNICATIONS CORP.



CHAMBERS COPY FILED

MAY 25 2006

RICHARD...
CLERK, U.S....
NORTHERN DIST....
SAN... CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> v. <br><br> AVAYA BRASIL, LTDA., LUCENT TECHNOLOGIES BRASIL LTDA. and DOES 1 through 35, Inclusive, <br><br> Defendants. | Case No.: CV 04-03172 PVT <br><br> [Proposed] Order <br><br><br><br> Complaint Filed: August 4, 2004 |

On May 21, 2006, Plaintiff ASPECT COMMUNICATIONS CORP. submitted its Request for an Order Extending Time to Effect Service upon Defendants AVAYA BRASIL, LTDA and LUCENT TECHNOLOGIES, BRASIL, LTDA to the above-entitled court, the Honorable Patricia V. Trumbull presiding. Based upon the request, declaration of Ann J. Lee and exhibits thereto, and the files and records of this court, and good cause appearing therefor, IT IS ORDERED:

ASPECT's request for an extension of time to effect service is GRANTED. Further, it is ordered that:

1

Case No.: CV 04-03172 PVT                                                                              [Proposed] Order

1)     The 120-day limit to serve the defendants under <u>Federal Rules of Civil Procedure</u> Rule 4(m), which requires Plaintiff ASPECT to serve the defendants by December 2, 2004, is extended by 24 months to December 2, 2006.

Date: 5/25/06     *Patricia V. Trumbull*

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Case No.: CV 04-03172 PVT      [Proposed] Order