UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP., )<br>)<br>Plaintiff,            )<br>)<br>v.                         )<br>)<br>AVAYA BRASIL, LTDA, LUCENT )<br>TECHNOLOGIES BRASIL LTDA, )<br>)<br>Defendants.     )<br>_____ ) | Case No.: C- 04-3172   PVT<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

On January 23, 2006, the Court granted Plaintiff's Request for an Order Extending certain dates until July of 2007. An answer was filed On December 21, 2006. The Court has received a request for an earlier Case Management Conference. Based upon the request, and good cause appearing therefor, IT IS ORDERED:

1. The last day to meet and confer re: initial disclosures, early settlement ADR process selection, and discovery plan is **February 20, 2007**;
2. The last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference is **March 6, 2007**;
3. The last day to complete initial disclosures or state objection in Rule 26 (f) (f) Report, file/serve Case Management Statement, and file/serve Rule

26(f) Report is **March 6, 2007**;

4.  The Case Management Conference is rescheduled from July 24, 2007 to **March 13, 2007** at 2:00 pm.

Dated: January 30, 2007

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge