IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aspect Communications Corp., | NO. C 04-03172 JW |
|     Plaintiff,<br>  v. | **ORDER CONTINUING JOINT STATUS CONFERENCE** |
| Avaya Brasil, et al., | |
|     Defendants._____/ | |

The Court, at the request of the parties, continues the Joint Status Conference presently scheduled for **December 3, 2007** to **March 17, 2008 at 10 AM**. The parties shall file a Joint Status Statement ten (10) days before the Joint Status Conference. The Court will not entertain a further request to continue the Joint Status Conference.

Dated: November 30, 2007

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amit Arun Kurlekar akurlekar@akingump.com
Ann J. Lee ajlee@ssd.com
GeeYoung Carolyn Byun cbyun@thornton-taylor.com
Phillip Francis Shinn pshinn@thornton-taylor.com
Steve Shea Kaufhold skaufhold@akingump.com

**Dated:  November 30, 2007**               **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California