PHILLIP F. SHINN, SBN 112051
THORNTON, TAYLOR, BECKER & SHINN
731 Sansome Street, Suite 300
San Francisco, CA 94111
(415) 421-8890
(415) 421-0688 FAX

ATTORNEYS FOR PLAINTIFF
ASPECT COMMUNICATIONS CORP.

IT IS SO ORDERED AS MODIFIED

Judge James Ware

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> v. <br><br> AVAYA BRASIL, LTDA., LUCENT TECHNOLOGIES BRASIL LTDA. and DOES 1 through 35, Inclusive, <br><br> Defendants. | Case No.: CV 04-03172 JW <br><br> ***JOINT STATUS CONFERENCE STATEMENT*** <br><br> **ORDERING CLERK OF COURT TO ADMINISTRATIVELY CLOSE THIS CASE** |

    Pursuant to the Order of the Court, the parties to this action submit the following Joint Statement.

    Consistent with the Order of the Court, the parties have commenced the arbitration process under the rules of the International Centre for Dispute Resolution ("the ICDR"), which is the international affiliate of the American Arbitration Association. The ICDR has set Miami, Florida as the venue for the arbitration. The parties and the ICDR are in the process of selecting an arbitrator.

Respectfully submitted:

DATED: March 7, 2008  THORNTON, TAYLOR, BECKER & SHINN

By _____/s/_____
Phillip F. Shinn
Attorneys for Plaintiff
ASPECT COMMUNICATIONS CORP.

DATED: March 7, 2008  AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
Steven Kaufhold
Amit Kurlekar
Attorneys for Defendant
AVAYA BRASIL, LTDA.

**FILER'S ATTESTATION**

Pursuant to General Order No., 45, Section X (B) regarding signatures, I, Phillip F. Shinn, attest that concurrence in the filing of this document has been obtained.

_____/s/_____
Phillip F. Shinn

**\*\*\* ORDER \*\*\***

In light of the parties' representations, the Court orders the Clerk to administratively close this case. The parties shall notify the Court, by way of a Joint Status Report, ten (10) days following a decision by the arbitrator as to whether there are remaining issues for the Court to resolve. The Court will then reopen the case and to the extent necessary, will set a further Case Management Conference.
The Court VACATES the March 17, 2008 conference.

Dated: March 12, 2008  _____/s/ James Ware_____
JAMES WARE
United States District Judge

Case No.: C 04 03172 JW  JOINT STATUS CONFERENCE STATEMENT