**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Aspect Communications Corp., | NO. C 04-03172 JW |
|       Plaintiff, | **ORDER RE: STATUS REPORT** |
|   v. | |
| Avaya Basil, | |
|       Defendant(s). | |

On March 12, 2008, the Court ordered the above entitled case administratively closed in light of the commencement of arbitration pursuant to the Court's Order. (See Docket Item no. 40.) To track the case, the parties shall file a Status Report Re: Arbitration on or before **September 22, 2008.**

Dated: August 28, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amit Arun Kurlekar akurlekar@akingump.com
Ann J. Lee ajlee@ssd.com
GeeYoung Carolyn Byun cbyun@thornton-taylor.com
Phillip Francis Shinn pshinn@foxrothschild.com
Steve Shea Kaufhold skaufhold@akingump.com

**Dated:  August 28, 2008**              **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California