*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP., | Case No. C 04 3172 JW |
| Plaintiff, | |
| v. | ORDER RE: STATUS REPORT |
| AVAYA BRASIL, LTDA., LUCENT TECHNOLOGIES BRASIL LTDA, and DOES 1 through 35, Inclusive, | |
| Defendants. | |

In light of the parties' representations, the Court sets another Status Report date. On or before **February 2, 2009**, the parties shall file a Status Report updating the Court on their arbitration efforts.

Dated:  October 2, 2008

_____
JAMES WARE
United States District Court