PHILLIP F. SHINN, SBN 112051
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
415/364-5540 // FAX: 415/391-4436

ATTORNEYS FOR PLAINTIFF
ASPECT COMMUNICATIONS CORP.

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> v. <br><br> AVAYA BRASIL, LTDA., LUCENT TECHNOLOGIES BRASIL LTDA. and DOES 1 through 35, Inclusive, <br><br> Defendants. | Case No.: CV 04-03172 JW <br><br> **ORDER SETTING FURTHER STATUS REPORT** <br><br><br> Complaint Filed: August 4, 2004 |

Plaintiff ASPECT COMMUNICATIONS CORP. reports as follows concerning the status of this case:

1. <u>Change of Law Firm</u>

Effective April 1, 2008, Plaintiff's counsel, Thornton, Taylor, Becker, & Shinn, merged with Fox Rothschild, LLP, which is now Plaintiffs' counsel. Phillip F. Shinn remains lead counsel for Plaintiff.

2. <u>Arbitration</u>

This dispute between Aspect Communications and Avaya arises from two separate software licensing and distribution contracts, signed in 2000 and 2002. Claims arising from the 2000 contract have been ordered by the court to binding arbitration, venued in Florida. The arbitration hearing is scheduled for March 9-12, 2009.

The parties have each taken one deposition, and have exchanged written discovery. The arbitration will go forward unless there is a settlement.

3.  <u>Litigation</u>

The present federal district case concerns the second contract, signed in 2002. Upon completion of the arbitration, the parties should be prepared to proceed with the federal court action.

DATED: January 30, 2009        FOX ROTHSCHILD LLP

                               _____
                               PHILLIP F. SHINN
                               Attorneys for Plaintiff
                               ASPECT COMMUNICATIONS CORP.

**\*\*\* ORDER \*\*\***

In light of the parties' representation that the arbitration hearing is scheduled for March 9-12, 2009, the Court sets April 13, 2009 as a date whereby the parties shall file a further Status Report updating the Court on the status of the arbitration.

Dated: February 20, 2009        _____
                                JAMES WARE
                                United States District Judge

FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
(415) 364-5540 Facsimile (415) 391-4436