PHILLIP F. SHINN, SBN 112051
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104-2734
415/364-5540 // FAX: 415/391-4436

ATTORNEYS FOR PLAINTIFF
ASPECT COMMUNICATIONS CORP.

STEVEN KAUFHOLD, SBN 157195
AKIN GUMP STRAUSS HAUER & FELD, LLP
580 California Street, 15th Floor
San Francisco, CA 94104
415/765-9500 // FAX: 415/765-9501

ATTORNEYS FOR DEFENDANT
AVAYA BRASIL, LTDA.



IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ASPECT COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> v. <br><br> AVAYA BRASIL, LTDA., LUCENT TECHNOLOGIES BRASIL LTDA. and DOES 1 through 35, Inclusive, <br><br> Defendants. | Case No.: CV 04-03172 JW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** <br><br> Complaint Filed: August 4, 2004 |

Pursuant to the Parties' agreement, Aspect Communications Corp., on the one hand, and Avaya Brasil, Ltda., on the other hand, by and through their respective counsel, hereby stipulate and agree pursuant to Federal Rules of Civil Procedure 41 (a) that the above-captioned action, including all claims therein, is hereby dismissed with prejudice, with each party to bear its own expenses, costs and attorneys' fees.

1

Case No.: CV 04-03172 JW            Stip. & [Proposed Order} Dismissing Complaint with Prejudice
SF1 8441v1 04/07/09

Dated: April 7, 2009    FOX ROTHSCHILD LLP

By: /s/ Phillip F. Shinn
Phillip F. Shinn
Attorneys for Plaintiff Aspect Communications Corp.

Dated: April 7, 2009    AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Steven Kaufhold
Steven Kaufhold
Attorneys for Defendant Avaya Brasil, Ltda.

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Phillip F. Shinn, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 7, 2009    FOX ROTHSCHILD LLP

By: /s/ Phillip F. Shinn
Phillip F. Shinn
Attorneys for Plaintiff Aspect Communications Corp.

### [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE

The parties having so stipulated, IT IS ORDERED that the above-captioned action, including all claims therein, is hereby dismissed with prejudice, with each party to bear his or its own expenses, costs and attorneys' fees.

IT IS ORDERED.  The Clerk shall close this file.

Dated: April 28, 2009    By: /s/ James Ware
The Honorable James Ware
United States District Judge

2

Case No.: CV 04-03172 JW    Stip. & [Proposed Order} Dismissing Complaint with Prejudice
SF1 8441v1 04/07/09